1
2
3
4                                          **JS-6**
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   JUSTO MORA NAVARRO,            )  Case No. CV 15-06071-VAP (KES)
12                    Petitioner,   )
                                    )     **JUDGMENT**
13           vs.                    )
                                    )
14                                  )
15   NEIL MCDOWELL, Warden,         )
                                    )
16   _____Respondent._)

17        Pursuant to the Order Accepting Findings and Recommendations of United

18   States Magistrate Judge,

19        IT IS HEREBY ADJUDGED that the Petition is denied and entire action is

20   dismissed with prejudice.

21

22   DATED:  July 9, 2016

23                                        _Virginia A. Phillips_

24                                     _____

25                                     VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE
26
27
28

                                        1